

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 04-22640-CIV-JORDAN

| | |
|---|---|
| EUGENIO GARCIA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| PORT ROYALE TRADING CO., INC., LOUISE LYNCH, and OASIS OUTSOURCING, INC., | ) |
| Defendants. | ) |

### ORDER GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

The defendants' motions for summary judgment [D.E. 27, 29 and 31] are GRANTED. A separate order articulating the bases for my ruling will follow. Accordingly, the parties are no longer required to appear for calendar call on Tuesday, January 17, 2006.

DONE and ORDERED in chambers in Miami, Florida, this 11th day of January, 2006.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record